UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**WILLIAM YOUNG**
    Plaintiff

v.                                                                                                                                                       **No. 3:05CV-00398-R**

**ROBERT WHITE, et al.**
    Defendants

**ORDER**

The magistrate judge has filed his report, and no objections thereto have been filed. It is therefore ORDERED that the magistrate judge's report is hereby ADOPTED, and its findings and conclusions are incorporated by reference herein. The motion of the defendants for summary judgment (Docket Entry No. 28) is DENIED.